**John W. YOUNG, Commissioner, Kentucky Department of Labor, et al., Appellants,**

v.

**Manuel HALL and Kentucky Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

Sept. 22, 1972.

Gemma M. Harding, Department of Labor, Louisville, for appellant John W. Young, Commissioner.

Fred G. Francis, Prestonsburg, for appellant Little Elkhorn Coal Co.

Perry & Greene, Paintsville, for appellee Manuel Hall.

GARDNER, Commissioner.

Manuel Hall was awarded compensation for total and permanent disability by the Workmen's Compensation Board, the award was upheld by the Floyd Circuit Court, and the Special Fund and the employer appeal. We reverse.

Hall was employed in underground coal mining for many years. In November

1967 he left the coal mining business because, as he says, "He was so short of breath he wasn't able to do an honest day's work, and he decided to quit." Subsequently he took a seasonal job at Jenny Wiley State Park where he worked six months out of the year and did light work. On June 3, 1970, approximately 2½ years after he quit mining, Hall filed his claim with the Workmen's Compensation Board.

Appellants do not question the board's finding that Hall was suffering from pneumoconiosis.

We refer to Young v. Fraley, Ky., 474 S.W.2d 884 (1972), which we consider dispositive of the case at hand.

The judgment is reversed and the case remanded to the board with instructions to re-evaluate the percentage of disability in accordance with Osborne v. Johnson, Ky., 432 S.W.2d 800 (1968).

All concur.